**[ntprbono]** [Notice to Parties Not Represented by an Attorney]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:26–bk–02312–RCT
                                                                Chapter 13

Franklin Andrew Cruz
dba TrueInvesters Development


        Debtor(s)      /


## NOTICE OF FREE LEGAL RESOURCES TO
## PARTIES WHO ARE NOT REPRESENTED BY AN ATTORNEY

    **PLEASE TAKE NOTICE** that the following free legal resources are available if you are interested in help with your pro se case (cases filed without an attorney) or if you are interested in learning about qualifying to receiving pro bono (free) or reduced fee legal representation:

| FREE VIRTUAL/TELEPHONIC PRO SE CLINICS | | |
| --- | --- | --- |
| **Middle District of Florida Bankruptcy Pro Se Clinic** | https://www.bankruptcyproseclinic.com <br><br> • Free 30–minute online or telephone consultations with a volunteer attorney. Available to individuals representing themselves in the United States Bankruptcy Court for the Middle District of Florida. | or scan the QR Code |
| **LEGAL ASSISTANCE PROGRAM FOR THE MIDDLE DISTRICT OF FLORIDA** | | |
| **Legal Assistance Program and Application for Pro Bono Counsel** | https://www.flmb.uscourts.gov/filing_without_attorney_1/legalAssistance.htm <br><br> • Low–income debtors (and in some instances their spouses and former spouses) may be eligible to receive free legal services in certain types of cases. | or scan the QR Code |

| FREE ONLINE RESOURCES | | |
|---|---|---|
| **Middle District of Florida Online Resources** | https://www.flmb.uscourts.gov/<br><br>• Click on "Filing Without An Attorney" at the top of the page.<br>• Obtain information about the bankruptcy process including free bankruptcy forms. | or scan the QR Code |

| LOCAL LEGAL AID ORGANIZATIONS AND<br>FREE VIRTUAL/TELEPHONIC PRO SE CLINICS & IN–PERSON PRO SE CLINICS | | |
|---|---|---|
| **Tampa Bay Bankruptcy Bar Association Pro Se Clinic** | Free In Person Clinic. No Appointment Needed. Walk–ins Available:<br><br>• Every Wednesday from 2:00 p.m. through 4:00 p.m.<br>• *Please email* tbbbaprobonoclinic@gmail.com *to request an appointment.*<br>• Location:<br>Sam M. Gibbons United States Courthouse<br>801 N. Florida Avenue<br>9th Floor Attorney Resource Room<br>(turn right just past Courtroom 9B),<br>Tampa, Florida 33602<br>• https://www.tbbba.com/pro–bono–news/ | or scan the QR Code |
| **Bay Area Legal Services, Inc.** | Contact Information:<br><br>• [T] 813–232–1343 *(Hillsborough County)*<br>• [T] 800–625–2257 *(Manatee, Pasco, Pinellas, and Sarasota Counties)*<br>• [TTY] 800–955–8771<br>• https://www.bals.org/ | or scan the QR Code |
| **Legal Aid of Manasota, Inc.** | Contact Information:<br><br>• [T] 941–366–0038 *(Sarasota County)*<br>• [T] 941–747–1628 *(Bradenton)*<br>• [T] 941–492–4631 *(Venice)*<br>• http://www.legalaidofmanasota.org/ | or scan the QR Code |
| **Florida Rural Legal Services, Inc.** | Contact Information:<br><br>• [T] 863–688–7376/800–277–7680 *(Polk County)*<br>• [T] 239–334–4554/800–476–8937 *(Charlotte, DeSoto, Glades, Hendry, and Lee Counties)*<br>• http://www.frls.org/ | or scan the QR Code |
| **Legal Aid Services of Collier County** | Contact Information:<br><br>• [T] 239–775–4555<br>• http://www.collierlegalaid.org/ | or scan the QR Code |
| **Community Law Program** | Contact Information:<br><br>• [T] 727–582–7480<br>• https://lawprogram.org/ | or scan the QR Code |

| St. Michael's Legal Center for Women and Children, Inc. | Contact Information:<br><br>• [T] 813–289–5385<br>• https://www.stmichaelslegalcenter.com/ | or scan the QR Code |
|---|---|---|
| WMU Cooley Law School Debt Relief Clinic | Contact Information:<br><br>• [T] 813–405–3555 | |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at https://www.flmb.uscourts.gov.

| | OTHER ONLINE RESOURCES | |
|---|---|---|
| The Florida Bar Association Lawyer Referral Service | https://www.floridabar.org/public/lrs/<br><br>• The Florida Bar Lawyer Referral Service is designed to make it easy for consumers to connect with attorneys. | or scan the QR Code |
| The Bankruptcy Pro Bono Resource Locator | https://bankruptcyresources.org/content/resources?state=FL<br><br>• The American Bankruptcy Institute (ABI) provides information and contact information for bankruptcy attorneys who may be able to assist you. | or scan the QR Code |
| Florida Law Help | https://floridalawhelp.org/<br><br>• Online Q&A Resource: Select your legal issue, answer a few questions, find the help you need. | or scan the QR Code |
| Florida Free Legal Answers | https://florida.freelegalanswers.org<br><br>• Online legal advice clinic in which qualifying users may post civil legal questions to be answered by volunteer Florida attorneys at no cost. | or scan the QR Code |

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

Dated  March 30, 2026

**The Clerk's office is directed to serve a copy of this Notice on the Debtor.**