**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

**FRANKLIN ANDREW CRUZ,** Debtor.

Case No.: **8:26-bk-02312** | Chapter 13

FILED TPA INTAKE USBC
14 APR 2026 PM 2:03

## DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

Franklin Andrew Cruz (the "Debtor"), appearing pro se, respectfully moves this Court pursuant to Federal Rule of Bankruptcy Procedure 1007(c) for an extension of time to file Schedules, Statements, and other documents required by 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(b), and states:

1. On or about March 29, 2026, the Debtor filed a voluntary Chapter 13 petition in this Court, Case No. 8:26-bk-02312. Pursuant to Fed. R. Bankr. P. 1007(c), the remaining Schedules, Statement of Financial Affairs, and other required documents were due within fourteen (14) days of the petition date.

2. The Debtor is appearing pro se and is actively seeking to retain a bankruptcy attorney to assist with the completion and filing of the required documents.

3. The Debtor's financial situation is complex, involving ownership of a limited liability company (True Investors Development, LLC), business-related assets and liabilities, personal guarantees on business obligations, investment properties currently listed for sale, and a domestic support obligation. Accurately completing the required Schedules and Statements requires additional time to gather financial records, reconcile business and personal finances, and ensure accuracy of all filings.

4. The Debtor is experiencing severe financial hardship and cash constraints, which have contributed to the delay. The Debtor is working to resolve these issues and complete the filings expeditiously.

5. The Debtor has completed the required credit counseling course (Certificate No. 15725-FLM-CC-040790281, issued March 29, 2026), filed concurrently with this Motion.

6. The Debtor respectfully requests an extension of thirty (30) days, through and including **May 14, 2026,** to file all remaining required documents. No party will be prejudiced by granting this extension. The Debtor is filing in good faith and intends to fully comply with all requirements of the Bankruptcy Code.

**WHEREFORE,** the Debtor respectfully requests that this Court enter an Order extending the deadline to file Schedules, Statements, and other required documents through May 14, 2026, and for such other relief as this Court deems just and proper.

Respectfully submitted,

Date: April 14, 2026

Franklin Andrew Cruz, Pro Se Debtor
1506 N. Olive St., Lakeland, FL 33815

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED TPA INTAKE USBC
14 APR 2026 PM2:03

In re:

**FRANKLIN ANDREW CRUZ,** Debtor.

Case No.: **8:26-bk-02312** | Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2026, a true and correct copy of the foregoing **Debtor's Motion for Extension of Time to File Schedules, Statements, and Other Documents** was served upon the following parties by filing with the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, which constitutes service upon:

Chapter 13 Trustee

United States Trustee, Middle District of Florida

Date: April 14, 2026

Franklin Andrew Cruz, Pro Se Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED TPA INTAKE USBC
14 APR 2026 PM2:04

In re:

**FRANKLIN ANDREW CRUZ,**
    Debtor.

Case No.: **8:26-bk-02312**
Chapter 13

## ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

THIS MATTER came before the Court upon the Debtor's Motion for Extension of Time to File Schedules, Statements, and Other Documents (the "Motion"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that good cause exists to grant the relief requested.

Accordingly, it is hereby:

**ORDERED** that the Debtor's Motion for Extension of Time is **GRANTED**.

**ORDERED** that the Debtor shall have through and including **May 14, 2026,** to file all Schedules, Statement of Financial Affairs, Chapter 13 Plan, and other documents required by 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(b).

**ORDERED** that failure to file the required documents by the extended deadline may result in dismissal of this case without further notice or hearing.

ORDERED on _____, 2026.

_____
United States Bankruptcy Judge

*Copies furnished to:*
*Franklin Andrew Cruz, Pro Se Debtor, 1506 N. Olive St., Lakeland, FL 33815*
*Chapter 13 Trustee*
*United States Trustee, Middle District of Florida*