**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                    Case No. 8:26-bk-02312-RCT
                                                          Chapter 13

FRANKLIN ANDREW CRUZ

        Debtor.[1]

_____/

**TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO COMPLY WITH THE**
**COURT'S ADMINISTRATIVE ORDER, AND FAILURE TO FILE ALL SCHEDULES**

> A preliminary hearing in this case will be held on May 27, 2026 at 9:30 a.m. before the Honorable Roberta A. Colton, United States Bankruptcy Judge, in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602.
>
> All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

Kelly Remick, Chapter 13 Standing Trustee, hereby moves for the entry of an order dismissing this case, and in support thereof states the following:

1.      The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on March 24, 2026 and a Section 341 Meeting of Creditors was scheduled for April 21, 2026.

2.      The Debtor has failed to comply with the Court's Administrative Order docketed on March 24, 2026 (Doc. No. 3).

3.      The Debtor failed to appear at the Section 341 Meeting of Creditors.

4.      The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of tax returns for the two years preceding the petition date.

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

5.      The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of all pay stubs, advices or documentation of income sources ("payment advices") for the six-month period ending on the last day of the month preceding the month of the petition date.

6.      The Debtor failed to provide required documentation of identity and social security number in advance of the Section 341 Meeting of Creditors

7.      The Debtor has received an extension from this Court through May 8, 2026, to file a Chapter 13 plan.  Should the Debtor fail to do so timely, this would constitute additional grounds for dismissal.

8.      The Debtor has received an extension from this Court through May 8, 2026, to file Schedules A-J, a Statement of Financial Affairs, Form B 122C-1 and Form B 122C-2, pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedures. Should the Debtor fail to do so timely, this would constitute additional grounds for dismissal.

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing this case, together with such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was furnished, electronically by CM/ECF and/or by U.S. Mail, to FRANKLIN A. CRUZ, 1506 N. Olive St., Lakeland, FL 33815; U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 30th day of April, 2026.

/s/ Lydia M. Gazda, Esquire
LYDIA M. GAZDA, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0071842
Attorney for the Trustee

KR/tem

2