FILED TPA INTAKE USBC
5 MAY 2026 PM3:55

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:                                          Case No. 8:26-bk-02312-RCT
**FRANKLIN ANDREW CRUZ,**                        Chapter 13
    Debtor.

---

### DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL
### OF CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 1307(b)

Debtor, FRANKLIN ANDREW CRUZ, appearing *pro se* (the "Debtor"), respectfully moves this Honorable Court for entry of an Order dismissing the above-captioned Chapter 13 case pursuant to 11 U.S.C. § 1307(b), and in support states as follows:

1. On or about March 24, 2026, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. This case was filed as a Chapter 13 case and has not been previously converted from a case under Chapter 7, Chapter 11, or Chapter 12 of the Bankruptcy Code.

3. Section 1307(b) of the Bankruptcy Code provides, in relevant part: "On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter." 11 U.S.C. § 1307(b).

4. Because this case has not been converted from another chapter, the Debtor possesses the right to seek voluntary dismissal under § 1307(b).

5. The Debtor has determined, after careful consideration of his financial circumstances, that voluntary dismissal of this case is in his best interest and is the most appropriate course of action at this time.

6. No prejudice to creditors will result from the dismissal of this case. The automatic stay will terminate upon dismissal pursuant to 11 U.S.C. § 362(c)(2)(B), and creditors will be free to pursue their respective rights and remedies under applicable non-bankruptcy law.

7. A proposed Order Dismissing Case is submitted concurrently with this Motion for the Court's consideration.

WHEREFORE, Debtor Franklin Andrew Cruz respectfully requests that this Court enter an Order: (a) granting this Motion; (b) dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(b); and (c) granting such other and further relief as the Court deems just and proper.

Dated: ___5 May___, 2026

Respectfully submitted,

Franklin Andrew Cruz
Debtor, Pro Se
1506 N. Olive St
Lakeland, FL 33815
Telephone: (___) ___-___
Email: _____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:26-bk-02312-RCT
**FRANKLIN ANDREW CRUZ,**                       Chapter 13
    Debtor.

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the _5_ day of _May_____, 2026, a true and correct copy of the foregoing *Debtor's Motion for Voluntary Dismissal of Chapter 13 Case Pursuant to 11 U.S.C. § 1307(b)* was served via United States First Class Mail, postage prepaid, upon the following parties:

**Chapter 13 Standing Trustee:**
Kelly Remick, Chapter 13 Standing Trustee
P.O. Box 89948
Tampa, FL 33689-0416

**Office of the United States Trustee:**
Office of the United States Trustee
Timberlake Annex, Suite 1200
501 East Polk Street
Tampa, FL 33602

**All Creditors and Parties in Interest:**
All creditors and parties in interest as listed on the Court's official mailing matrix in this case.

_____
**Franklin Andrew Cruz**
Debtor, Pro Se
1506 N. Olive St
Lakeland, FL 33815